02-12-101-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00101-CR

 

 


 
 
 Richard Douglas Nixon
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 43rd
District Court OF Parker COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          On
March 15, 2012, the trial court heard appellant’s trial counsel’s request to
withdraw.  A supplemental reporter’s record from the hearing was filed in this
court on March 27, 2012.  

          At
the hearing, appellant told the trial court that he did not wish to proceed
with the appeal.  Accordingly, we dismiss this appeal.

 

PER
CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED: April 19, 2012









[1]See Tex. R. App. P. 47.4.